An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 68436

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on July 14, 2015, and an amended notice of appeal on August 27, 2015. No appealable order was designated in the notice of appeal and amended notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Douglas Smith, District Judge
       Nicki Boyd
       Nguyen & Lay
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29475